IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM JAMES STEELE, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-00399-WS-N |
| FRANK WATTS, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff William James Steele recover nothing and the claims made against Defendant Frank Watts are hereby **DISMISSED** with prejudice.

**DONE** this 29th day of September, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE